**Order entered September 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00114-CR
No. 05-20-00115-CR

**TERRANCE MALEK THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-34509-Q & F19-34508-Q

### ORDER

Before the Court is the State's September 22, 2020 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received along with the motion filed as of the date of this order.

These appeals are at issue and will be set for submission in due course.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE